Form ntcdsm

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.:   08–19591 NVA     Chapter:   13

Arnold Scott Plasse
Debtor(s)

**NOTICE OF DISMISSAL**

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 5/7/10.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 5/7/10

Mark D. Sammons, Clerk of Court
by Deputy Clerk, Y Oliver 410–962–4424